# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br>            *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>            *Defendant.* | Case No. 4:21-cv-00335<br><br>Judge Rebecca Goodgame Ebinger<br><br>Magistrate Judge Stephen B. Jackson, Jr. |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br>            *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>            *Defendant.* | Case No. 4:21-cv-00341 |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br>            *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>            *Defendant.* | Case No. 4:21-cv-00344 |
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br>            *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>            *Defendant.* | Case No. 4:21-cv-00350 |
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br>            *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>            *Defendant.* | Case No. 4:21-cv-00360 |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br>            *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>            *Defendant.* | Case No. 4:21-cv-00366 |

| | |
|---|---|
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br>                              *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>                              *Defendant.* | Case No. 4:21-cv-00367 |
| JULIE BEACH, individually and on behalf of all others similarly situated,<br>                              *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>                              *Defendant.* | Case No. 4:21-cv-00376 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED UNOPPOSED MOTION TO CONSOLIDATE CASES FOR PRE-TRIAL PURPOSES, AND IN THE ALTERNATIVE, TO CONSOLIDATE CASES ON A STATE-BY-STATE BASIS

This matter coming before the Court on Plaintiffs' Amended Unopposed Motion to Consolidate Cases for Pre-Trial Purposes, and in the Alternative, to Consolidate Cases on a State-by-State Basis, with due and adequate notice having been given and the Court being fully advised in the premises, the Motion is GRANTED. It is hereby ordered:

1.   Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases (the "Actions") shall be consolidated for pre-trial purposes.

2.   Plaintiffs shall have fourteen (14) days from the date of this Order to file a consolidated complaint regarding the Actions.

3.   Defendant shall have forty-five (45) days from the filing of the consolidated complaint to file a motion to dismiss the consolidated complaint. Plaintiffs' opposition to the motion to dismiss is due twenty-eight (28) days thereafter, and Defendant's reply is due twenty-one (21) days later.

4.   The Parties shall be allowed up to forty (40) pages for their respective briefs regarding Defendant's motion to dismiss.

5. Discovery in the Actions, including Initial Disclosures and a Rule 26 Report, shall be stayed pending a ruling on Defendant's forthcoming motion to dismiss.

SO ORDERED.

Date:_____                                              _____