# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00335<br>Judge Rebecca Goodgame Ebinger<br>Magistrate Judge Stephen B. Jackson, Jr.<br><br>**DEFENDANT MEREDITH CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**Oral Argument Requested** |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00341 |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00344 |
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00350 |

| | |
|---|---|
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br>                *Plaintiff,*<br>   v.<br>MEREDITH CORPORATION,<br>                *Defendant.* | Case No. 4:21-cv-00360 |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br>                *Plaintiff,*<br>   v.<br>MEREDITH CORPORATION,<br>                *Defendant.* | Case No. 4:21-cv-00366 |
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br>                *Plaintiff,*<br>   v.<br>MEREDITH CORPORATION,<br>                *Defendant.* | Case No. 4:21-cv-00367 |
| JULIE BEACH, individually and on behalf of all others similarly situated,<br>                *Plaintiff,*<br>   v.<br>MEREDITH CORPORATION,<br>                *Defendant.* | Case No. 4:21-cv-00376 |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Meredith Corporation submits this Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("CCAC") (ECF No. 19) and states:

1. For the reasons set forth in the accompanying Memorandum, Defendant respectfully submits that Plaintiffs fail to allege a concrete injury and therefore lack Article III standing, requiring dismissal of the CACC under FRCP 12(b)(1). Plaintiffs also fail to state a claim under the five state-law right-of-publicity statutes, requiring dismissal under FRCP 12(b)(6). Therefore, the CCAC should be dismissed in its entirety, with prejudice.

2. This Motion is based upon all the files, records, and proceedings in this action, including Defendants' Memorandum, the Declaration of Joseph D. Mornin, and the exhibits attached to the Declaration.

Dated:  March 28, 2022

Respectfully submitted,

**COOLEY LLP**

By:   */s/ Tiana A. Demas*
Tiana A. Demas (*pro hac vice*)
444 W Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6500
tdemas@cooley.com

David E. Mills (*pro hac vice)*
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

Joseph D. Mornin (*pro hac vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: (415) 693-2000
jmornin@cooley.com

**BELIN MCCORMICK, P.C.**

David L. Charles (Bar No. AT0001440)
666 Walnut Street
Suite 2000
Des Moines, IA 50309
Tel: (515) 243-7100
dlcharles@belinmccormick.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of March, 2022, I caused a true and correct copy of the foregoing **Defendant Meredith Corporation's Motion to Dismiss the Consolidated Class Action Complaint** to be filed through the Court's CM/ECF System and served the below Counsel of Record via electronic mail:

| | |
|---|---|
| J. Barton Goplerud<br>goplerud@sagwlaw.com<br>Gary W. Kendall<br>kendell@sagwlaw.com<br>SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive<br>Suite 100<br>West Des Moines, IA 50265<br><br>Frank S. Hedin<br>fhedin@hedinhall.com<br>Arun G. Ravindran<br>aravindran@hedinhall.com<br>HEDIN HALL LLP<br>1395 Brickell Avenue, Suite 1140<br>Miami, Florida 33131 | Michael W. Ovca<br>movca@edelson.com<br>EDELSON PC<br>350 N. LaSalle St.<br>Suite 1400<br>Chicago, IL 60654<br><br>Philip L. Fraietta<br>pfraietta@bursor.com<br>BURSOR & FISHER, P.A.<br>888 7th Avenue, 3rd Floor<br>New York, NY 10019<br><br>Carey Alexander<br>calexander@scott-scott.com<br>Joseph P. Guglielmo<br>jguglielmo@scott-scott.com<br>Sean Masson<br>smasson@scott-scott.com<br>SCOTT & SCOTT ATTORNEYS AT LAW LLP<br>The Hemsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br><br>Erin Green Comite<br>ecomite@scott-scott.com<br>SCOTT + SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main Street<br>P.O. Box 192<br>Colchester, CT 06415 |

                                                          */s/ Tiana A. Demas*
                                                          Tiana A. Demas