# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant.* | Case No. 4:21-cv-00335<br>Judge Rebecca Goodgame Ebinger<br>Magistrate Judge Stephen B. Jackson, Jr.<br><br>**DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF DEFENDANT MEREDITH CORPORATION'S MOTION TO DISMISS**<br><br>**Oral Argument Requested** |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant.* | Case No. 4:21-cv-00341 |
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant.* | Case No. 4:21-cv-00350 |

| | |
|---|---|
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br> v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00360 |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br> v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00366 |
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br> v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00367 |
| JULIE BEACH, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br> v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant.* | Case No. 4:21-cv-00376 |

I, Joseph D. Mornin, declare:

1. I am an attorney at the law firm of Cooley LLP and counsel for Defendant Meredith Corporation. I submit this declaration based on personal knowledge and following reasonable investigation. If called as a witness, I could testify competently to the truth of each statement.

2. Exhibit A is a true and accurate certified translation of P.R. Law No. 139-2011 (Jul. 13, 2011) (codified at P.R. Laws Ann. Title 32, § 3154), from Spanish to English, which includes the sworn and notarized certificate of Jacqueline Yorke of TransPerfect Global, Inc., a company in New York that specializes in translation services.

3. Exhibit B is a true and accurate certified translation of *Ayala Otero v. Rivera Nevis*, 2016 WL 5369286 (P.R. Ct. App. Jun. 27, 2016), from Spanish to English, which includes the sworn and notarized certificate of Jacqueline Yorke of TransPerfect Global, Inc.

4. Exhibit C is a true and accurate certified translation of *Luis Bonilla Medina v. New Progressive Party*, 140 D.P.R. 294 (P.R. 1996), from Spanish to English, which includes the sworn and notarized certificate of Jacqueline Yorke of TransPerfect Global, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of March 2022 in Berkeley, California.

*/s/ Joseph D. Mornin*
Joseph D. Mornin
Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
jmornin@cooley.com