IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | No. 4:21-cv-00335-RGE-SBJ<br><br>**JUDGMENT IN A CIVIL CASE** |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | No. 4:21-cv-00341-RGE-SBJ<br><br>**JUDGMENT IN A CIVIL CASE** |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | No. 4:21-cv-00344-RGE-SBJ<br><br>**JUDGMENT IN A CIVIL CASE** |

| | |
|---|---|
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>     Defendant. | No. 4:21-cv-00350-RGE-SBJ<br><br>**JUDGMENT IN A CIVIL CASE** |
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>     Defendant. | No. 4:21-cv-00360-RGE-SBJ<br><br>**JUDGMENT IN A CIVIL CASE** |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>     Defendant. | No. 4:21-cv-00366-RGE-SBJ<br><br>**JUDGMENT IN A CIVIL CASE** |

| | |
|---|---|
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | **No. 4:21-cv-00367-RGE-SBJ**<br><br>**JUDGMENT IN A CIVIL CASE** |
| JULIE BEACH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | **No. 4:21-cv-00376-RGE-SBJ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted.  The case is dismissed.  Judgment is entered in favor of defendant against plaintiffs.


Date: November 22, 2022

CLERK, U.S. DISTRICT COURT


_____/s/ K. Watson_____

By: Deputy Clerk

3