# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant*. | Case No. 4:21-cv-00335<br>Judge Rebecca Goodgame Ebinger<br>Magistrate Judge Stephen B. Jackson, Jr.<br><br>**PLAINTIFFS' RULE 59(e) AND 60(b) MOTION FOR AMENDMENT OF AND RELIEF FROM JUDGMENT** |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant*. | Case No. 4:21-cv-00341 |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant*. | Case No. 4:21-cv-00344 |
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>      *Defendant*. | Case No. 4:21-cv-00350 |

| | |
|---|---|
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant*. | Case No. 4:21-cv-00360 |
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant*. | Case No. 4:21-cv-00367 |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant*. | Case No. 4:21-cv-00366 |
| JULIE BEACH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>MEREDITH CORPORATION,<br><br>*Defendant*. | Case No. 4:21-cv-00376 |

## PLAINTIFFS' RULE 59(e) AND 60(b) MOTION FOR AMENDMENT OF AND RELIEF FROM JUDGMENT

Plaintiffs in this consolidated action hereby move pursuant to Federal Rule of Civil Procedure 59 and 60 for amendment of and relief from the Court's Judgment in favor of Meredith Corporation (ECF No. 35) ("Defendant" or "Meredith").

Defendant Meredith Corporation moved to dismiss this action in March of 2022. (ECF No. 24). The court granted Defendant's motion on November 21, 2022 (ECF No. 34). In granting Defendant's motion, the court held that it lacked subject matter jurisdiction over Plaintiffs' claims. *See id.* However, in its order granting dismissal Court also directed the Clerk of Court "to enter judgment in favor of Defendant Meredith Corporation and against Plaintiffs" *Id.* The Clerk did so the following day (ECF No. 35).

The Court's direction and the Clerk's entry of judgment were erroneous. A court cannot enter judgment with regard to a matter it does not have jurisdiction to decide. *See Wallace v. ConAgra Foods, Inc.,* 747 F.3d 1025, 1033 (8th Cir. 2014) ("[W]e have reached the same conclusion as the district court: the federal courts lack jurisdiction over this case. But this does not mean the district court was correct in dismissing the case with prejudice. When it becomes clear a case originally filed in federal court does not belong there because the plaintiffs lack Article III standing, generally the appropriate remedy is to dismiss without prejudice.") (citing *Constitution Party of S.D. v. Nelson,* 639 F.3d 417, 420 (8th Cir.2011)).

Thus, Plaintiffs respectfully request that the Court grant Plaintiffs relief from its entry of judgment in favor of Defendant, and amend its order of dismissal to stipulate that the dismissal is "without prejudice." If the court requires supplemental briefing on this issue, Plaintiffs are happy to provide it.

Dated: December 6, 2022

Respectfully submitted,

By: */s/ J. Barton Goplerud*
J. Barton Goplerud

J. Barton Goplerud, AT0002983
Gary W. Kendell, AT0004203
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive,
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Goplerud@sagwlaw.com
Kendell@sagwlaw.com

Philip L. Fraietta*
Julian C. Diamond**
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
pfraietta@bursor.com
jdiamond@bursor.com

Ari J. Scharg**
Michael W. Ovca*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378
ascharg@edelson.com
movca@edelson.com

Frank S. Hedin*
Arun G. Ravindran*
**HEDIN HALL LLP**
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 800-2201
aravindran@hedinhall.com
fhedin@hedinhall.com

2

Thomas L. Laughlin, IV**
Joseph P. Guglielmo*
Erin G. Comite*
Sean T. Masson*
Carey Alexander*
**SCOTT+SCOTT LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
tlaughlin@scott-scott.com
jguglielmo@scott-scott.com
ecomite@scott-scott.com
smasson@scott-scott.com
calexander@scott-scott.com

*Pro Hac Vice*
**Pro Hac Vice Forthcoming*
