IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>     Defendant. | **No. 4:21-cv-00335-RGE-SBJ**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND JUDGMENT** |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>     Defendant. | **No. 4:21-cv-00341-RGE-SBJ** |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>     Defendant. | **No. 4:21-cv-00344-RGE-SBJ** |

| | |
|---|---|
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | No. 4:21-cv-00350-RGE-SBJ |
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | No. 4:21-cv-00360-RGE-SBJ |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | No. 4:21-cv-00366-RGE-SBJ |

| | |
|---|---|
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | **No. 4:21-cv-00367-RGE-SBJ** |
| JULIE BEACH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | **No. 4:21-cv-00376-RGE-SBJ** |

Now before the Court is Plaintiffs Joan Burke, Adele Hetzel, Maribel Ramirez, Belinda Powers, Sharon McKinney, Candyce Marto-Maedel, Norma Goldberger, and Julie Beach's motion for amendment of and relief from judgment pursuant to Federal Rules of Civil Procedure 59 and 60. Pls.' Mot. Am. J., ECF No. 36.

Plaintiffs correctly identify the Court's error in directing the Clerk of Court to enter judgment in favor of Meredith Corporation and against Plaintiffs. *See* Order Granting Mot. Dismiss, ECF 34.

Therefore, **IT IS ORDERED** that Plaintiff's Motion to Amend Judgment, ECF No. 36, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall strike the Entry of Judgment entered in favor of Defendant Meredith Corporation, ECF No. 35, and dismiss the case without prejudice.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2022.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE